FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 MAR 21 P 4: 38

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MEE DIRECT LLC, et al.

    Plaintiffs

v.      CIVIL No. JKB-13-455

TRAN SOURCE LOGISTICS, INC.,
et al.,

    Defendants

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM

On February 14, 2014, this Court granted Defendant Cates's motion for summary judgment (ECF No. 41) and entered judgment in favor of Cates with regard to Counts II (Unjust Enrichment), III (Piercing the Corporate Veil), and IV (Breach of Fiduciary Duty) of the Complaint (ECF No. 1). (ECF No. 51.) Further, the Court granted in part and denied in part Plaintiffs MEE Direct, LLC and MEE Apparel, LLC's cross-motion for summary judgment (ECF No. 42) insofar as the motion was granted with regard to Count I (Breach of Contract) of the Complaint (ECF No. 1) and denied in all other respects. Accordingly, with regard to Count I, the Court entered judgment for Plaintiffs against Defendant Tran Source Logistics in the amount of $368,000. (ECF No. 51.)

In addition, the Court noted that because Defendant Tran Source Logistics never filed a motion for summary judgment, Counts II (Unjust Enrichment) and IV (Breach of Fiduciary Duty) of the Complaint (ECF No. 1) remained pending against it. (ECF No. 51.) The Court advised the parties that it intended to consider entering summary judgment *sua sponte* with regard to these remaining counts based on the reasoning set forth in its February 14, 2014

memorandum (ECF No. 50). The Court allowed the parties to file papers in opposition to summary judgment by February 28, 2014 at 5 p.m. To date, the Court has received no such papers.

On March 13, 2014, the Court received Plaintiffs' notice of appeal. (ECF No. 52.) However, the Court deems that it has retained jurisdiction over the two counts that remained pending against Defendant Tran Source Logistics, namely Counts II (Unjust Enrichment) and IV (Breach of Fiduciary Duty) of the Complaint (ECF No. 1).

Therefore, the Court will now enter judgment in favor of Defendant Tran Source Logistics with regard to Counts II and IV. The reasons supporting this result are set forth in the Court's February 14, 2014 memorandum (ECF No. 50.).

Dated this 21 day of March, 2014.

BY THE COURT:

/s/ James K. Bredar
James K. Bredar
United States District Judge